# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **B & D PROPERTIES, LLP, ET AL.** | CIVIL ACTION |
| VERSUS | NO. 17-00540-BAJ-EWD |
| **NATIONAL FLOOD INSURANCE PROGRAM, ET AL.** | CONSOLIDATED LEAD |

**WITH REGARDS TO:**

| | |
|---|---|
| **DAVID GARRETT** | CIVIL ACTION |
| VERSUS | |
| **NFIP, ET AL.** | NO. 17-00936-BAJ-EWD |

## FINAL JUDGMENT

Considering the parties' **Joint Stipulation Of Dismissal With Prejudice (Doc. 18),**

**IT IS ORDERED, ADJUDGED and DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 4th day of January, 2021

*[signature]*
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**